IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JEROME OFFICE,
   Plaintiff,
     v.

GERONDA V. CARTER
OF CLAYTON COUNTY CIRCUIT
COURT,
   Defendant.

CIVIL ACTION FILE
NO. 1:18-CV-990-TWT

## ORDER

This is a pro se prisoner mandamus action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as frivolous. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 13 day of April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge